AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Holli Droke <br> *Plaintiff(s)* <br><br> v. <br><br> Franklin Collection Service, Inc. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:17-CV-1535-ORL-40TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Franklin Collection Service, Inc.
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BARSHAY SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/22/17

*Signature of Clerk or Deputy Clerk*